UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUN 14 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) 2:11 - MJ -0237 KJN |
| v. | ) |
| MATTHEW RAY AUSBORN | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum      () Ad Testificandum

Name of Detainee:           MATTHEW RAY AUSBORN
Detained at (custodian):    Oregon State Correctional Institute

Detainee is:   a.)  (X) charged in this district by:  ( ) Indictment  ( ) Information  (X) Complaint
                    charging detainee with: Theft of Stolen US Mail
        or     b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  (X) return to the custody of detaining facility upon termination of proceedings
        or     b.)  ( ) be retained in federal custody until final disposition of federal charges, as a
                    sentence is currently being served at the detaining facility

*Appearance is necessary **July 2, 2012** in the Eastern District of California.*

Signature:                  /s/ Michelle Rodriguez
Printed Name & Phone No:    Michelle Rodriguez (916) 554-2773
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *July 2, 2012*, before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 6/14/12

_____
United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Gender: Male |
| Booking or CDC #: | 19072123 | DOB: 02/05/1980 |
| Facility Address: | 3405 Deer Park Dr. SE, Salem, OR 97310 | Race: White <br> FBI #: |
| Facility Phone: | (503)373-0100 | |
| Currently Incarcerated For: | Theft of Stolen US Mail | |

### RETURN OF SERVICE

Executed on _____     By: _____
                                    (Signature)