UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   2:11 - MJ -0237 KJN
  )
v. )
  )
CHRISTINA LEANNE BARRIOS )

FILED
JUN 14 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  (X) Ad Prosequendum    ( ) Ad Testificandum

| | |
|---|---|
| Name of Detainee: | CHRISTINA LEANNE BARRIOS |
| Detained at (custodian): | Coffee Creek Correctional Facility |

Detainee is:
  a.) (X) charged in this district by: ( ) Indictment ( ) Information (X) Complaint
       charging detainee with: Theft of Stolen US Mail
  or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) (X) return to the custody of detaining facility upon termination of proceedings
  or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary July 2, 2012 in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michelle Rodriguez |
| Printed Name & Phone No: | Michelle Rodriguez (916) 554-2773 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *July 2, 2012,* before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 6/14/12

_____
United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Gender: Female |
| Booking or CDC #: | 19072106 | DOB: 09/22/1983 |
| Facility Address: | 24499 Grahams Ferry Road. | Race: White |
| | Wilsonville, OR 97070 | FBI #: |
| Facility Phone: | (503) 570-6400 | |
| Currently Incarcerated For: | Theft of Stolen US Mail | |

### RETURN OF SERVICE

Executed on _____    By: _____
                                (Signature)