UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:11 - MJ -0237 KJN |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW RAY AUSBORN | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (X) Ad Prosequendum         () Ad Testificandum

Name of Detainee:     MATTHEW RAY AUSBORN
Detained at (custodian):     Oregon State Correctional Institute

Detainee is:     a.)     (X) charged in this district by:   ( ) Indictment   ( ) Information   (X) Complaint
                charging detainee with: <u>Theft of Stolen US Mail</u>
    or     b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     (X) return to the custody of detaining facility upon termination of proceedings
    or     b.)     ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **August 8, 2012** in the Eastern District of California.*

Signature:     /s/ Michelle Rodriguez
Printed Name & Phone No:     Michelle Rodriguez (916) 554-2773
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
        (X) Ad Prosequendum         () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **August 8, 2012,** before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: June 21, 2012

                /s/ Gregory G. Hollows
           UNITED STATES MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | _____ | Gender: | Male |
| Booking or CDC #: | 19072123 | DOB: | 02/05/1980 |
| Facility Address: | 3405 Deer Park Dr. SE. | Race: | White |
| | Salem, OR 97310 | FBI #: | |
| Facility Phone: | (503)373-0100 | | |
| Currently Incarcerated For: | Theft of Stolen US Mail | | |

---

### RETURN OF SERVICE

Executed on   _____     By: _____
                                                                (Signature)